# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Larry Alan Burns)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-218-LAB |
| Plaintiff, | |
| v. | ORDER ALLOWING PSYCHOLOGIST & INTERPRETER ENTRY INTO CUSTODIAL FACILITY |
| SANDRA MACIAS, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Dr. Kristina Malek, Ph.D and an interpreter may enter into any custodial facility where Defendant SANDRA MACIAS is housed for the purpose of conducting the Court ordered competency examination. Defense counsel KEITH H. RUTMAN need not be present. Dr. Malek may bring with her any materials deemed necessary to conduct the testing, subject to approval by the Warden of the facility.

IT IS SO ORDERED.

DATED: March 12, 2018

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge